# Norille *v.* The State.

131    35
143    67
143   232

*Prosecution for Presenting Pistol.*

1.  *Trial and its incidents; when finding upon facts will not be
    reviewed on appeal.*—Where a criminal case is tried by a
    court without a jury and there is no agreed statement of
    facts or any special finding of the facts by the judge, and
    no request for such finding, the conclusions of the judge
    upon the facts stand as a verdict of the jury and will not
    be revised on appeal.

APPEAL from the Criminal Court of Jefferson.
Tried before the Hon. DANIEL A. GREENE.

The appellant in this case was prosecuted and con-
victed for presenting a pistol at another person.  The
cause was tried by the judge of the criminal court with-
out a jury, and there was no agreed statement of facts,
nor was there any special finding of the facts by the
court, nor a request for such finding.

J. W. CHAMBLEE, for appellant, cited *Wharton v. State,* 73 Ala. 366; *Tarver v. State,* 13 Ala. 354; *Lawson v. State,* 30 Ala. 14.

CHAS. G. BROWN, Attorney-General, for the State, cited *Davenport v. State,* 112 Ala. 50; *Fiebelman v. State,* 130 Ala. 122; *Wright v. State,* 29 So. Rep. 864; *Knowles v. State,* 80 Ala. 9; *Bell v. State,* 75 Ala. 25.

McCLELLAN, C. J.—This case was tried by the judge without a jury. It is sought by this appeal only to have his finding and conclusion of guilt on the testimony reviewed. The facts were not agreed upon, nor was there any special finding of them nor request for such finding. On this state of case the conclusion of the judge stands as a verdict of a jury, and cannot be revised by this court.—*Bell v. State,* 75 Ala. 25; *Knowles v. State,* 80 Ala. 9; *Wright v. State,* 29 So. Rep. 864; *Fiebelman v. State,* 130 Ala. 122.

Affirmed.